**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6505**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WALTER EDWARD WILLIAMS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden II, Chief District Judge. (CR-95-58, CA-97-829)

———————

Submitted: July 30, 1998          Decided: August 26, 1998

———————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Walter Edward Williams, Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Walter Edward Williams seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Williams</u>, Nos. CR-95-58; CA-97-829 (S.D.W. Va. Mar. 6, 1998).We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2